# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Klein, Sandra R. | U.S. Bankruptcy Court | 01/04/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

255 E. Temple Street
Suite 1582
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | ▓▓▓▓ - Salary & bonus |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Klein, Sandra R. | 01/04/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | U.S. Bank | Mortgage on Rental Property #1 | O |
| 2. | Chase | Mortgage on Rental Property #2 | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Brokerage #1 (H) | | | | | | | | | |
| 2.  -Altria | B | Dividend | K | T | | | | | |
| 3.  -British Petroleum | B | Dividend | K | T | | | | | |
| 4.  -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 5.  -Walt Disney | A | Dividend | J | T | | | | | |
| 6.  -Hewlett Packard n/k/a Hewlett Parkard Enterprises | A | Dividend | J | T | | | | | |
| 7.  -HP Inc. | A | Dividend | J | T | | | | | |
| 8.  -Kraft Foods n/k/a Kraft Heinz | A | Dividend | J | T | | | | | |
| 9.  - Mondelez | A | Dividend | J | T | | | | | |
| 10. -Microsoft | A | Dividend | J | T | | | | | |
| 11. -Pfizer | A | Dividend | J | T | | | | | |
| 12. -Philip Morris International | C | Dividend | L | T | | | | | |
| 13. Annaly Capital - NLY | A | Dividend | J | T | | | | | |
| 14. -Tyler Technologies | | None | M | T | | | | | |
| 15. -Verizon | A | Dividend | J | T | | | | | |
| 16. -VXX | | None | J | T | | | | | |
| 17. -VPU | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - I-shares Silver Trust - SLV | | None | J | T | | | | | |
| 19. - Alerian MLP | A | Dividend | J | T | | | | | |
| 20. - Carlyle Group | A | Dividend | J | T | | | | | |
| 21. - Coca Cola | A | Dividend | J | T | | | | | |
| 22. - Devon Energy | A | Dividend | J | T | | | | | |
| 23. - Freeport McMoran | A | Dividend | J | T | | | | | |
| 24. - Kinder Morgan | A | Dividend | J | T | | | | | |
| 25. - US National Gas Fund | | None | J | T | | | | | |
| 26. - DXC Technology | A | Dividend | J | T | Spinoff (from line 6) | 04/03/17 | J | | |
| 27. - MFGP - Micro Focus Int'l | | None | J | T | Spinoff (from line 6) | 09/01/17 | J | | |
| 28. - Seritage Growth Prop. | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 29. - Teva Pharmaceutical | | None | J | T | Buy | 08/28/17 | J | | |
| 30. - Cash in Wells Fargo Bank Deposit Sweep Account* | A | Interest | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. Brokerage #2 (H) | | | | | | | | | |
| 33. -Apache | A | Dividend | J | T | | | | | |
| 34. -Devon Energy | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Exxon Mobil | A | Dividend | J | T | | | | | |
| 36. - Highmark California MMA | A | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. 401K #1 (fka ▒▒▒▒ 401-K #1) (H) | | | | | | | | | |
| 39. -UB Stable Value Fund C | C | Dividend | N | T | | | | | |
| 40. -Vanguard Target Ret. 2025 | A | Dividend | J | T | | | | | |
| 41. - Metropolitan West Total Return | C | Dividend | N | T | | | | | |
| 42. | | | | | | | | | |
| 43. 401K #2 (fka Wells Fargo 401-K #2) (H) | | | | | | | | | |
| 44. -WF Stable Value Fund | A | Dividend | M | T | | | | | |
| 45. - US Bond Index Fund | A | Dividend | M | T | | | | | |
| 46. | | | | | | | | | |
| 47. Vanguard IRA #1 (H) | | | | | | | | | |
| 48. -Vanguard Equity Income Fund | B | Dividend | J | T | | | | | |
| 49. -Vanguard Morgan Growth Fund | C | Dividend | K | T | | | | | |
| 50. -Vanguard Value Index Fund | C | Dividend | K | T | | | | | |
| 51. -Vanguard Windsor Fund | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Lifestrategy Growth Fund | B | Dividend | K | T | | | | | |
| 53. -Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 54. -Vanguard Global Equity Fund | B | Dividend | J | T | | | | | |
| 55. -Vanguard Pacific Stock Index Fund | B | Dividend | J | T | | | | | |
| 56. -Vanguard Wellington Fund | C | Dividend | K | T | | | | | |
| 57. -Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 58. -Vanguard Strategic Equity Fund | C | Dividend | K | T | | | | | |
| 59. -Vanguard REIT Index Fund | B | Dividend | K | T | | | | | |
| 60. | | | | | | | | | |
| 61. Vanguard 529 Plan #1 (H) | | | | | | | | | |
| 62. - Vanguard Income Fund | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 63. | | | | | | | | | |
| 64. Vanguard 529 Plan #2 (H) | | | | | | | | | |
| 65. - Vanguard Income Fund | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Vanguard 529 Plan #3 (H) | | | | | | | | | |
| 68. - Vanguard Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Brokerage #3 (H) | | | | | | | | | |
| 71. -WF Calif. MMA (fka Wells Fargo Calif. MMA) | A | Dividend | M | T | | | | | |
| 72. -Altria | A | Dividend | J | T | | | | | |
| 73. -British Petroleum | A | Dividend | J | T | | | | | |
| 74. -Bristol Myers Squibb | A | Dividend | J | T | | | | | |
| 75. -General Electric | A | Dividend | J | T | | | | | |
| 76. -Pfizer | A | Dividend | J | T | | | | | |
| 77. -Philip Morris Int'l | A | Dividend | K | T | | | | | |
| 78. | | | | | | | | | |
| 79. Brokerage #4 (H) | | | | | | | | | |
| 80. -Highmark Calif. MMA | A | Dividend | K | T | | | | | |
| 81. -Apache | A | Dividend | J | T | | | | | |
| 82. -Coca Cola | A | Dividend | J | T | | | | | |
| 83. -Devon Energy | A | Dividend | J | T | | | | | |
| 84. -Exxon Mobil | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   Fidelity Brokerage #5 (H) | | | | | | | | | |
| 87.   -Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 88.   -Fidelity Worldwide | A | Dividend | | | Sold | 06/01/17 | L | E | |
| 89.   -Fidelity Asset Manager 70% | B | Dividend | L | T | | | | | |
| 90.   -Fidelity Magellan | A | Dividend | | | Sold | 06/01/17 | L | D | |
| 91.   -Fidelity Growth & Income | B | Dividend | N | T | | | | | |
| 92. | | | | | | | | | |
| 93.   Fidelity IRA #2 (H) | | | | | | | | | |
| 94.   - Fidelity Gov't Money Market Fund | A | Dividend | K | T | | | | | |
| 95.   -Fidelity Stock Selector Large Cap Value | A | Dividend | | | Sold | 06/01/17 | K | D | |
| 96.   -Fidelity Focused Stock Fund (fka Fidelity Fifty Fund) | A | Dividend | | | Sold | 06/01/17 | K | D | |
| 97.   -Fidelity Balanced | B | Dividend | | | Sold | 06/01/17 | L | E | |
| 98.   -Fidelity Select Energy | A | Dividend | | | Sold | 06/01/17 | J | B | |
| 99.   -Fidelity Value | A | Dividend | | | Sold | 06/01/17 | K | D | |
| 100. | | | | | | | | | |
| 101.   Fidelity IRA #3 (H) | | | | | | | | | |
| 102.   -Fidelity Real Estate Investment | A | Dividend | | | Sold | 06/01/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Fidelity Select Energy | A | Dividend | | | Sold | 06/01/17 | K | B | |
| 104.  -Fidelity Select Defense & Aerospace | B | Dividend | | | Sold | 06/01/17 | K | D | |
| 105. | | | | | | | | | |
| 106.  Fidelity Brokerage #6 (Joint) (H) | | | | | | | | | |
| 107.  -Calif. MMA Account | A | Interest | | | Sold | 06/06/17 | K | A | |
| 108. | | | | | | | | | |
| 109.  Rental property #1 - Redondo Beach, CA | E | Rent | O | W | | | | | |
| 110.  Rental property #2 - Redondo Beach, CA | F | Rent | P1 | W | | | | | |
| 111.  Rental property #3 - Redondo Beach, CA | E | Rent | O | W | | | | | |
| 112. | | | | | | | | | |
| 113.  Brokerage #7 (H) | | | | | | | | | |
| 114.  - MUFJ | A | Dividend | K | T | | | | | |
| 115. | | | | | | | | | |
| 116.  IRA #4 (H) | | | | | | | | | |
| 117.  ABBVIE INC COM | A | Dividend | J | T | Buy | 06/12/17 | K | | |
| 118.  ACTIVISION BLIZZARD INC | | None | J | T | Buy | 08/04/17 | J | | |
| 119.  AETNA INC NEW COM | | None | J | T | Buy | 11/21/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/13/17 | J | A | |
| 121. AGILENT TECHNOLOGIES INC COM | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 122. ALLIANCE DATA SYSTEMS CORP COM | | None | J | T | Buy | 07/25/17 | J | | |
| 123. | | | | | Sold (part) | 09/21/17 | J | | |
| 124. ALLSTATE CORP COM | | None | J | T | Buy | 11/21/17 | J | | |
| 125. ALTRIA GROUP INC COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 126. | | | | | Sold (part) | 11/08/17 | J | | |
| 127. AMAZON COM INC COM | | None | J | T | Buy | 07/05/17 | J | | |
| 128. APPLE INC COM | A | Dividend | J | T | Buy | 06/11/17 | J | | |
| 129. APPLIED MATLS INC COM | A | Dividend | J | T | Buy | 10/16/17 | J | | |
| 130. BROADCOM LTD SHS | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 131. BROADRIDGE FINL SOLUTIONS INC COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 132. CDW CORP COM | A | Dividend | J | T | Buy | 11/21/17 | J | | |
| 133. CHEMED CORP NEW COM | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 134. CHURCH & DWIGHT INC COM | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 135. CINTAS CORP COM | | None | J | T | Buy | 12/13/17 | J | | |
| 136. COLUMBIA ETF TR II EMRG MARKETS ETF | A | Dividend | J | T | Buy | 06/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. CONOCOPHILLIPS COM | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 138. COSTCO WHSL CORP NEW COM | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 139. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 140. DUPONT FABROS TECHNOLOGY INC COM | | None | J | T | Buy | 09/13/17 | J | | |
| 141. DXC TECHNOLOGY COMPANY COMMON S | | None | J | T | Buy | 09/21/17 | J | | |
| 142. EXPEDIA INC DEL COM NEW | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 143. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 144. | | | | | Sold (part) | 09/25/17 | J | | |
| 145. FINANCIAL SELECT SECTOR (SPDR) | A | Dividend | J | T | Buy | 06/08/17 | J | | |
| 146. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 147. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 148. HASBRO INC COM | | None | J | T | Buy | 09/27/17 | J | | |
| 149. KROGER CO COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 150. L3 TECHNOLOGIES INC COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 151. LAM RESEARCH CORP COM | A | Dividend | J | T | Buy | 06/12/17 | J | | |
| 152. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 153. LOWES COS INC COM | A | Dividend | J | T | Buy | 09/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. MARATHON PETE CORP COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 155. MERCK & CO INC NEW COM | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 156. MICROSOFT CORP COM | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 157. NEWELL BRANDS INC COM | | None | | | Buy | 09/13/17 | J | | |
| 158. | | | | | Sold | 11/13/17 | J | | |
| 159. OWENS CORNING NEW COM | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 160. PACKAGING CORP AMER COM | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 161. QUEST DIAGNOSTICS INC COM | A | Dividend | | | Buy | 08/28/17 | J | | |
| 162. | | | | | Sold | 11/21/17 | J | | |
| 163. ROSS STORES INC COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 164. SOUTHWEST AIRLS CO COM | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 165. SPDR SERIES TRUST OILGAS EQUIP | A | Dividend | J | T | Buy | 09/25/17 | J | | |
| 166. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 167. STRYKER CORP COM | | None | J | T | Buy | 11/21/17 | J | | |
| 168. UGI CORP NEW COM | A | Dividend | J | T | Buy | 06/24/17 | J | | |
| 169. UNION PAC CORP COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 170. V F CORP COM | A | Dividend | J | T | Buy | 11/08/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  VALERO ENERGY CORP NEW COM | A | Dividend | J | T | Buy | 07/25/17 | J | | |
| 172.  VANGUARD INTL EQUITY INDEX FD ALLWRLD EX US | A | Dividend | K | T | Buy | 06/09/17 | K | | |
| 173.  VANGUARD INTL EQUITY INDEX FD FTSE EMR MKT ETF | | None | J | T | Buy | 06/09/17 | J | | |
| 174.  VISA INC COM CL A | A | Dividend | J | T | Buy | 09/06/17 | J | | |
| 175.  VULCAN MATLS CO COM | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 176.  XL GROUP LTD COM | | None | | | Buy | 07/25/17 | J | | |
| 177. | | | | | Sold | 09/06/17 | J | | |
| 178.  ZOETIS INC CL A | A | Dividend | J | T | Buy | 07/05/17 | J | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Klein, Sandra R. | 01/04/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sandra R. Klein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544